UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:    18-17992 |
| Milika S. Worthy-Hunter | ) | |
| | ) | Chapter:  7 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Kane |
| | ) | |
| Debtor(s) | ) | |

**ORDER MODIFYING AUTOMATIC STAY**

This cause coming on to be heard on the motion of Lincoln Automotive Financial Services, due notice having been given, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that the notice to the Debtor is deemed sufficient and that the restraining provisions of § 362 of the Bankruptcy Code be and the same are modified to permit Lincoln Automotive Financial Services to take possession of and foreclose its security interest in a certain 2017 Lincoln Navigator, VIN 5LMJJ3JT3HEL09173.

IT IS FURTHER ORDERED that Bankruptcy Rule 4001(a)(3) is waived.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  July 06, 2018

**Prepared by:**

Christopher H. Purcell
Sherman & Purcell LLP
120 South La Salle Street
Chicago, Illinois 60603
Phone: (312) 372-1487
Attorney for Lincoln Automotive Financial Services