UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: )  BK No.: 18-17992
Milika S Worthy-Hunter )
)  Chapter: 13
)  Honorable Janet S. Baer
)
)  Kane
)
Debtor(s) )

**ORDER MODIFYING THE PLAN POST CONFIRMATION AND SHORTEN NOTICE**

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY and MOTION TO SHORTEN NOTICE, the Court having jurisdiction and being advised in the premises, and due notice having been given to all parties in interest,

IT IS HEREBY ORDERED THAT:

1. The Debtor's plan is modified post-confirmation by increasing the plan payment to $2,660 a month, beginning November 2018 until the end of the plan;

2. The new plan base is $158,000 and;

3. Notice is shortened to 14 days.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: December 14, 2018

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600